

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00742-CR

The **STATE** of Texas,
Appellant

v.

Gustavo **VELAZQUEZ-CRUZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,803
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED September 13, 2023.

_____
Lori I. Valenzuela, Justice